UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>DEBORAH CUMMINGS,<br><br>　　Defendant. | NO. CR-03-022-RHW<br><br>**ORDER ALLOWING DEFENDANT TO TRAVEL TO WESTERN WASHINGTON** |

On April 21, 2005, Defendant filed a Motion to Remove Electronic Home Monitor and to Allow Travel to the Western District of Washington (Ct. Rec. 190). In order to travel to western Washington, it is necessary for Defendant to be removed from the electronic monitor. Missy Kolbe, United States Probation, does not object to Defendant traveling to western Washington, nor does she object to Defendant being permanently released from home electronic monitoring upon her return. The Government has not responded to Defendant's motion.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1.　Defendant's Motion to Remove Electronic Home Monitor and to Allow Travel to the Western District of Washington (Ct. Rec. 190) is **GRANTED**.

　　2.　Defendant is permitted to travel by car to western Washington, leaving Spokane on April 29, 2005, and returning to Spokane on May 3, 2005. Defendant shall stay at the home of Janet and Jerod Clegg, 20306 N.E. 39th St., Sammamish, Washington.

**ORDER ALLOWING DEFENDANT TO TRAVEL TO THE WESTERN DISTRICT OF WASHINGTON ~ 1**

3. Defendant shall be released from home electronic monitoring for the duration of her travel to western Washington.

4. Defendant is directed to report daily to the U.S. Probation Office in Spokane.

5. All other terms and conditions pertaining to Defendant shall remain in force.

6. The Government is directed to notify the Court within five (5) days of the filing of this order if it objects to Defendant being released from the pre-trial condition of home electronic monitoring upon her return from western Washington.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

**DATED** this 22nd day of April, 2005.

s/ ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2003\Davila\cummings-amend3.order.wpd

**ORDER ALLOWING DEFENDANT TO TRAVEL TO THE WESTERN DISTRICT OF WASHINGTON ~ 2**