```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-03-022-RHW
              Plaintiff,       )
                               )   ORDER DENYING
v.                             )   DEFENDANT'S MOTION
                               )
DEBORAH CUMMINGS,              )
                               )
              Defendant.       )
                               )
```

At the April 27, 2005, hearing on Defendant's Motion to Remove Electronic Home Monitor and to Allow Travel (Ct. Rec. 190), attorney Chris Phelps appeared with Defendant; Assistant U.S. Attorney Earl A. Hicks represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds that although Defendant has been compliant with conditions of release, she has neither demonstrated good cause nor sufficient specificity as to the details of her request for travel outside the district. Accordingly, the Defendant's Motion **(Ct. Rec. 190)** is **DENIED.**

**IT IS SO ORDERED**.

DATED April 28, 2005.


                              S/ CYNTHIA IMBROGNO
                           UNITED STATES MAGISTRATE JUDGE


ORDER DENYING DEFENDANT'S MOTION - 1