PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Deborah Cummings | ) | Case No.  CR-03-022-RHW |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 1 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Deborah Cummings____, have discussed with ____Missy K. Kolbe____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Submit to a mental health evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office. Further, you shall allow disclosure of the psychiatric evaluations of the defendant, prepared by Dr. Clay Jorgensen, Mr. Mark Mayes, and Dr. Ronald Klein for the purposes of treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____Deborah Cummings_____  12-16-05        _____[signature]_____  12-16-05
Signature of Defendant         Date            Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                12-16-05
Signature of Defense Counsel          Date

☒ The above modification of conditions of release is ordered, to be effective on  _immediately_.
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                12/20/05
Signature of Judicial Officer         Date