**ORIGINAL**
**FILE WITH CLERK'S OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RECEIVED
UNITED STATES MARSHAL
06 MAR 20 AM 9:07
EASTERN WASHINGTON
SPOKANE

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
vs. )
)
DEBORAH E. CUMMINGS, )
)
          Defendant. )
)

Case Number: CR-03-22-RHW

**SUMMONS IN A CRIMINAL CASE**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 30 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON


DEBORAH E. CUMMINGS

YOU ARE HEREBY SUMMONED to appear before

the United States District Court at

UNITED STATES COURTHOUSE
ROOM 740
920 West Riverside Avenue
Spokane, Washington 99201

BEFORE THE HONORABLE CYNTHIA IMBROGNO

ON **Wednesday, April 5, 2006, at 2:00 p.m.**

To answer a   Petition/Order   charging you with violation of:

**SEE ATTACHED**

JAMES R. LARSEN

by: _Linda Emerson_
Linda Emerson, Deputy Clerk

CLERK, U.S. DISTRICT COURT

March 17, 2006

AO-83 - SUMMONS IN A CRIMINAL CASE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case Number: CR-03-22-RHW |
| vs. ) | |
| ) | RETURN ON SUMMONS |
| DEBORAH E. CUMMINGS, ) | |
| ) Defendant. ) | |

Service of the Summons was made by me on __3/30/06__.

__Shafer__                                __D.U.SM.__
NAME OF SERVER                            TITLE

**Check one box below to indicate appropriate method of service**

[X] Served personally upon the defendant. Place where served: __Courthouse__
__To Def. Attorney Wall for Deborah Cummings__

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

| TRAVEL | SERVICE | TOTAL |
|---|---|---|
| 100 × .435 = $43.50 | 2 × 90 = $180 | $223.50 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Summons and Statement of Service Fees is true and correct.

Dated this __30__ day of __March__, 200__6__.

_Signature of Server_

AO-83 - SUMMONS IN A CRIMINAL CASE