UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBORAH CUMMINGS,<br><br>　　　　Defendant. | NO. CR-03-022-RHW<br><br>**ORDER REVOKING POST-TRIAL RELEASE** |

On May 31, 2006, a hearing was held regarding the United States Probation Office's recommendation to revoke the Defendant's post-trial release. Defendant was present and represented by Gina Costello. The Government was represented by Assistant United States Attorney Earl Hicks. U.S. Probation Officer Missy Kolbe participated by telephone. U.S. Probation Officer Gloria Petretee also participated. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's post-trial release is **revoked**.

2. Defendant is remanded to the custody of the U.S. Marshal to begin her term of imprisonment that was imposed on September 21, 2005.

///
///
///
///
///

**ORDER REVOKING POST-TRIAL RELEASE ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter
2  this Order and to furnish copies to counsel, the United States Marshal, and the United
3  States Probation Office.
4      **DATED** this 2nd day of June, 2006.

6      *s/ Robert H. Whaley*
7      ROBERT H. WHALEY
    Chief United States District Judge

9  Q:\CRIMINAL\2003\Davila\revokerelease.wpd

**ORDER REVOKING POST-TRIAL RELEASE ~ 2**