ED/WA 44
(11/2010)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

December 13, 2010

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 W. Riverside
Spokane, WA 99210

RECEIVED
DEC 14 2010
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

RE:  Cummings, Deborah E
Dkt. No.: 2:03CR00022-001
**Termination of Supervision**

Dear Judge Whaley:

The above-named defendant has complied with the conditions of supervised release as ordered by the Court on 9/21/2005.

Effective 12/13/2010, the defendant will be discharged from supervision and proceedings in this case may be considered terminated.

Respectfully submitted,

By: _____    12/13/10
M. D Elvin                    Date
U. S. Probation Officer

MDE:wh

c:    Earl Hicks, AUSA